# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY SMITH, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 10-1393-JEM <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: July 13, 2011  /s/ John E. McDermott
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE