LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RICKY SMITH,  ) | No.  EDCV 10-1393 JEM |
| ) | |
| Plaintiff,  ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| ) | |
| v.  ) | |
| ) | |
| MICHAEL J. ASTRUE,  ) | |
| Commissioner Of Social Security,  ) | |
| ) | |
| Defendant.  ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND NO/100  ($2,700.00) subject to the terms of the stipulation.

DATE:  September 26, 2011    */s/John E. McDermott*_____
                                    HON. JOHN E. MCDERMOTT
                                    UNITED STATES MAGISTRATE JUDGE